UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY et al.<br><br>Defendants. | C.A. No. 2:12-cv-208 JRG |

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO THE GEICO DEFENDANTS**

WHEREAS, Plaintiffs LPL Licensing, LLC and Phoenix Licensing LLC (together, "Plaintiffs") and Defendants Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, and GEICO Insurance Agency, Inc. (together, the "GEICO Defendants") have jointly filed a "Stipulation of Dismissal Without Prejudice as to the GEICO Defendants" pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

WHEREAS, the Court now finds that an order dismissing all claims asserted by Plaintiffs against the GEICO Defendants and all counterclaims asserted by the GEICO Defendants against Plaintiffs should be entered,

//

//

//

//

IT IS THEREFORE ORDERED as follows:

1. All claims asserted by Plaintiffs against the GEICO Defendants and all counterclaims asserted by the GEICO Defendants against Plaintiffs are dismissed without prejudice, each party to bear its own costs;

2. The Clerk shall terminate the GEICO Defendants as parties to this action; and

3. The Clerk shall file a copy of this order in and close the related case, Case No. 2:12-CV-214.

**SIGNED this 3rd day of March, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE